IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT T. LOWRY, as a Seller Representative and in his individual capacity, and JOSEPH N. GOMPERS,<br><br>Plaintiffs,<br><br>v.<br><br>OPPENHEIMERFUNDS, INC., INVESCO, LTD., and MM ASSET MANAGEMENT HOLDING LLC,<br><br>Defendants. | No. 20-cv-02288 (VSB)(SLC)<br><br>ECF CASE<br><br><u>ORAL ARGUMENT REQUESTED</u> |

## **<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law dated May 27, 2020, Defendant MM Asset Management Holding LLC will move this Court before the Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be designated by the Court, for an order (a) dismissing with prejudice all claims against it contained in Plaintiffs' Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and (b) granting such other and further relief as the Court deems just and proper.

Dated: May 27, 2020                                  DECHERT LLP

/s/ David A. Kotler
David A. Kotler
Catherine V. Wigglesworth
Hayoung Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3500

*Counsel for Defendant*
*MM Asset Management Holding LLC*