UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT T. LOWRY and JOSEPH N. GOMPERS,

                      Plaintiffs,

-v-

INVESCO LTD. and OPPENHEIMERFUNDS, INC.,

                      Defendants.

CIVIL ACTION NO.: 20 Civ. 2288 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **January 27, 2023**, the parties shall file a joint letter reporting on the status of their mediation efforts.

Dated:      New York, New York
             January 23, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**