UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VINCENT T. LOWRY, as a Seller Representative and in his individual capacity, and JOSEPH N. GOMPERS,

               Plaintiffs,

v.

OPPENHEIMERFUNDS, INC., INVESCO LTD., and MM ASSET MANAGEMENT HOLDING LLC,

               Defendants.
-------------------------------------------------------x

Case No. 1:20-cv-02288-VSB

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to all remaining defendants. By way of Order dated March 31, 2022, the Court dismissed defendant MM Asset Management Holding LLC. Pursuant to this stipulation, the only remaining defendants, OppenheimerFunds, Inc. and Invesco Ltd., who are represented by the counsel identified below, are dismissed with prejudice.

Dated: March 3, 2023

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By: _/s/ William T. Hill_
Michael K. Coran (admitted *pro hac vice*)
William T. Hill (admitted *pro hac vice*)
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700
mcoran@klehr.com
whill@klehr.com
and

Paige M. Willan (N.Y. Bar No. 4745303)
5 Penn Plaza, 23rd Floor

**ROPES & GRAY LLP**

By: _/s/ Adam M. Harris_
Adam M. Harris
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
adam.harris@ropesgray.com

*Counsel for Defendants OppenheimerFunds, Inc. and Invesco Ltd.*

New York, NY 10001
Telephone: (332) 600-5580
pwillan@klehr.com

*Counsel for Plaintiffs*
*Vincent T. Lowry and Joseph N. Gompers*